# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# DAYTON DIVISION

| | |
|---|---|
| In Re: | Case No. 3:22-bk-31744 |
| Arthur A Dunn<br>Beth Anne Dunn | Chapter 13 |
| Debtor(s). | Judge Guy R. Humphrey |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Ohio, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust ("Creditor"), in the above captioned proceedings.

    Respectfully Submitted,

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Sottile & Barile, Attorneys at Law
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com
    Attorney for Creditor

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Appearance was served **electronically** on January 13, 2023 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **first class mail** on January 13, 2023 addressed to:

Arthur A Dunn, Debtor
Beth Anne Dunn, Debtor
142 West Routzong Dr
Fairborn, OH 45324

                                          /s/ Molly Slutsky Simons
                                          Molly Slutsky Simons (0083702)
                                          Attorney for Creditor